ORIGINAL

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 31 2009  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
               DEPUTY

MS09 196

S64 31482

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of a Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 by | Matter No. TBD |
| **SUZLON ENERGY LTD.,** | 12 U.S.C. § 1782 PETITION |
| Petitioner, | |
| v. | |
| for the Taking of Testimony from MICROSOFT CORP., | |
| Respondent. | |

SUZLON ENERGY LTD. ("Petitioner" or "Suzlon"), by its attorneys, Blank Rome LLP and Nielsen Shields, PLLC, hereby petition this Court for an Order pursuant to 28 U.S.C. § 1782, directing MICROSOFT CORP., a corporation with its principal place of business at One Microsoft Way, Redmond, Washington, to produce documents beginning January 25, 2010, and continuing as required or at such other time as may be ordered by this Court or agreed upon in writing by the parties, for use in proceedings initiated by and pending before

12 U.S.C. § 1782 PETITION – Page 1

NIELSEN ■ SHIELDS
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

| | |
|---|---|
| 1 | The Federal Court of Australia, New South Wales in Australia (the "Australian |
| 2 | Proceedings"). |
| 3 | In support of the Petition, submitted herewith are: the Declaration of Joseph A. |
| 4 | Hurley, Esq., Petitioner's Memorandum of Law, and a Proposed Order for the Court's |
| 5 | consideration. |
| 6 | Petitioner represents that it has not previously sought this relief, and that the Order |
| 7 | sought includes provisions allowing a reasonable time for the filing and disposition of |
| 8 | objections, if any, by either Microsoft Corp. or the other parties to the Australian Proceedings. |
| 9 | DATED this 31st day of December, 2009. |

/s/ Shannon L. Snider
LOUIS A. SHIELDS, WSBA # 25740
SHANNON L. SNIDER, WSBA # 38402
Nielsen Shields, PLLC
600 Stewart Street, Suite 1703
Seattle, Washington 98101
Telephone:   206-728-1300
Facsimile:   206-728-1302
Email:       las@nielsenshields.com
             sls@nielsenshields.com
Local counsel for Suzlon Energy Ltd.

/s/ Jeremy J.O. Harwood
JEREMY J.O. HARWOOD
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:   212-885-5000
Facsimile:   212-885-5001
Email:       jharwood@BlankRome.com
Counsel for Suzlon Energy Ltd.

12 U.S.C. § 1782 PETITION – Page 2

NIELSEN ■ SHIELDS
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the State of Washington, that on December 31, 2009, I filed the foregoing with the Clerk of the Court in person.

Signed at Seattle, Washington this 31st day of December, 2009.

s/Shannon L. Snider
Attorney
600 Stewart Street, Suite 1703
Seattle, Washington 98101
Telephone: 206-728-1300
Facsimile: 206-728-1302
sls@nielsenshields.com

12 U.S.C. § 1782 PETITION – Page 3

**NIELSEN ▪ SHIELDS**
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300