The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUZLON ENERGY LTD.,

          Petitioner,

v.

MICROSOFT CORP.,

          Respondent.

Case No. C10-0170 MJP

**ORDER STRIKING SURREPLY**

On February 22, 2010, Petitioner Suzlon Energy Ltd. ("Suzlon") filed a "limited sur-reply" in opposition to Microsoft's motion to quash. (Dkt. No. 13.) Under Local Rule 7 subsections (b) and (g), a surreply may only be filed when a party seeks to strike material filed contained in or attached to a reply brief. Even in that limited circumstance, a party must first file a notice of intent to file a surreply. See CR 7(g)(1). Because Petitioner's surreply does not conform to the requirements of Local Rule 7(g), the Court STRIKES the submission. The Court shall not consider Petitioner's surreply while reaching a decision on Respondent's motion to quash.

The Clerk shall transmit a copy of this Order to all counsel of record.

Dated this 22nd day of February, 2010.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER STRIKING SURREPLY - 1            CASE NO. C10-0170 MJP